Jerry PITCHFORD, Appellant,

v.

STATE of Missouri, Respondent.

No. 53858.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 23, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 21, 1988.

Application to Transfer Denied
Nov. 15, 1988.

Dorothy Mae Hirzy, Sp. Public Defender,
Janis C. Good, St. Louis, for appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant, Jerry Pitchford, appeals from the denial of his Rule 27.26 (repealed effective January 1, 1988) motion after an evidentiary hearing. The judgment of the motion court is based on comprehensive findings of fact that are not clearly erroneous. No error of law appears. An extended opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).